1    ADAM I. GAFNI, Cal. Bar No. 230045
2    LAW OFFICES OF ADAM I. GAFNI
3    2811Wilshire Blvd., Suite 780
      Santa Monica, CA 90403
4    Tel: (424) 744-8344
      Fax: (424) 488-1344
5    E-mail: adam@gafnilaw.com

6
7    Attorneys for Plaintiffs,
      VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR

8

9               **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12   VINCENT KHOURY TYLOR , an individual, and VINCENT SCOTT 13   TYLOR, an individual | **Case No.:  4:15-cv-04133** |
| 14           Plaintiffs, | **NOTICE OF FILING PROOF OF SERVICE** |
| 15             v. | Assigned to the Honorable Donna M. Ryu |
| 16   JARRELL & ASSOCIATES, INC., a California Corporation; LISA MARIE 17   JARRELL-WEAR, an individual; and DOES 1-10 | |
| 18          Defendants. | |

19
20
21
22

23    TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:
24          PLEASE TAKE NOTICE that Plaintiff's attorney of record, Adam I. Gafni
25   of LAW OFFICES OF ADAM I. GAFNI, hereby files with the Court Proofs of
26   Service of JARRELL & ASSOCIATES, INC., a California Corporation and LISA
27
28

MARIE JARRELL-WEAR, an individual.  Attached hereto as Exhibit "A" is a copy of the Proof of Service for JARRELL & ASSOCIATES dated September 22, 2015. Attached hereto as Exhibit "B" is a copy or the Proof of Service for LISA MARIE JARRELL-WEAR dated September 22, 2015.

Dated: September 28, 2015                    LAW OFFICES OF ADAM I. GAFNI


                                             By:  /s/ Adam I. Gafni
                                             Adam I. Gafni
                                             Attorneys for Plaintiff
                                             Vincent K. Tylor

**NOTICE OF FILING PROOF OF SERVICE**

EXHIBIT A

| Attorney or Party without Attorney:<br>ADAM I. GAFNI ESQ, Bar #230045<br>Law Offices Of: ADAM I. GAFNI<br>2811 WILSHIRE BLVD., STE 780<br>Santa Monica, CA  90403<br>Telephone No: 424-744-8344 | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court; Northern District Of California | | |
| Plaintiff: VINCENT KHOURY TYLOR, et al. | | |
| Defendant: JARRELL & ASSOCIATES, et al. | | |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:15-cv-04133 DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ;COMPLAINT;CIVIL COVER SHEET;STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

3. a. Party served:      JARRELL & ASSOCIATES, INC., A CALIFORNIA CORPORATION
   b. Person served:    LISA MARIE JARRELL-WEAR, AGENT FOR SERVICE

4. Address where the party was served:      TIBURON MAIL SERVICE
   1550 G TIBURON BLVD., #333
   Tiburon, CA  94920

5. I served the party:
   b. by substituted service. On: Mon., Sep. 21, 2015 at: 3:20PM by leaving the copies with or in the presence of:
      TIM SOLOMON, OWNER, White, Male, 43 Years Old, 5 Feet 9 Inches, 170 Pounds, Bald, Beard
      (3) (physical address unknown)Usual Place of Mailing Person in charge over 18. I informed him or her of the general nature of the papers. The Defendant's Business address is unknown
      (4) A declaration of mailing is attached.

7. Person Who Served Papers:                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Matt Anderson                               d.  The Fee for Service was:      $55.00

   903 Sneath Lane                    e.  I am: (3) registered California process server
   Suite #227                              (i)    Independent Contractor
   San Bruno, CA 94066                     (ii)   Registration No.:      97
   Phone 650.794.1923                      (iii)  County:                Marin
   FAX 650.989.4182

   **S&R Services**

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Sep. 22, 2015

Judicial Council Form                        PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMS IN CIV. ACTION              (Matt Anderson)            adagaf.109625

| Attorney or Party without Attorney: ADAM I. GAFNI ESQ, Bar #230045 Law Offices Of: ADAM I. GAFNI 2811 WILSHIRE BLVD., STE 780 Santa Monica, CA 90403 *Telephone No:* 424-744-8344        *FAX No:* | For Court Use Only |
|---|---|

| *Attorney for:* Plaintiff | *Ref. No or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
   United States District Court; Northern District Of California

*Plaintiff:* VINCENT KHOURY TYLOR, et al.

*Defendant:* JARRELL & ASSOCIATES, et al.

| PROOF OF SERVICE By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 4:15-cv-04133 DMR |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ;COMPLAINT;CIVIL COVER SHEET;STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:            Mon., Sep. 21, 2015
   b. Place of Mailing:          San Bruno, CA 94066
   c. Addressed as follows:    JARRELL & ASSOCIATES, INC., A CALIFORNIA CORPORATION
                                          TIBURON MAIL SERVICE
                                          1550 G TIBURON BLVD., #333
                                          Tiburon, CA 94920
                                          C/O LISA MARIE JARRELL-WEAR

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Sep. 21, 2015 in the ordinary course of business.

5. *Person Serving:*                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIFFANY JENSEN                              d. *The Fee for Service was:*    $55.00
   b. S&R Services                                     e. I am: (3)  registered California process server
      903 Sneath Lane, Suite 227                      *(i)*    Employee
      San Bruno, CA 94066                              *(ii)   Registration No.:*
   c. (650) 794-1923, FAX (650) 989-4182         *(iii)  County:*            San Mateo

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: *Tue, Sep. 22, 2015*

# EXHIBIT B

| Attorney or Party without Attorney:<br>ADAM I. GAFNI ESQ, Bar #230045<br>Law Offices Of: ADAM I. GAFNI<br>2811 WILSHIRE BLVD., STE 780<br>Santa Monica, CA  90403<br>Telephone No: 424-744-8344 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court; Northern District Of California |

| Plaintiff: VINCENT KHOURY TYLOR, et al. |
|---|
| Defendant: JARRELL & ASSOCIATES, et al. |

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:15-cv-04133 DMR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ;COMPLAINT;CIVIL COVER SHEET;STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

3.  a. Party served:                          LISA MARIE JARRELL-WEAR, AN INDIVIDUAL
    b. Person served:                         party in item 3a

4. Address where the party was served:        TIBURON MAIL SERVICE
                                              1550 G TIBURON BLVD, #333
                                              Tiburon, CA  94920

5. I served the party:
    b. by substituted service. On: Mon., Sep. 21, 2015 at 3:20PM by leaving the copies with or in the presence of:
       TIM SOLOMON, OWNER, White, Male, 43 Years Old, 5 Feet 9 Inches, 170
       Pounds, Bald, Beard
    (3)  (physical address unknown)Usual Place of Mailing Person in charge over 18. I informed him or her of the general nature of
         the papers.
    (4)  A declaration of mailing is attached.

7. Person Who Served Papers:                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Matt Anderson                          d.  The Fee for Service was:    $45.00

                                              e.  I am: (3)  registered California process server

903 Sneath Lane
Suite #227
San Bruno, CA 94066
Phone 650.794.1923
FAX 650.989.4182
                                                  (i)   Independent Contractor
                                                  (ii)  Registration No.:      97
                                                  (iii) County:                Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of
   America that the foregoing is true and correct.
   Date: Tue, Sep. 22, 2015

| *Attorney or Party without Attorney:*<br>ADAM I. GAFNI ESQ, Bar #230045<br>Law Offices Of: ADAM I. GAFNI<br>2811 WILSHIRE BLVD., STE 780<br>Santa Monica, CA 90403<br>*Telephone No:* 424-744-8344     *FAX No:* | *For Court Use Only* |
|---|---|

| *Ref. No or File No.:* |
|---|

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court; Northern District Of California

*Plaintiff:* VINCENT KHOURY TYLOR, et al.

*Defendant:* JARRELL & ASSOCIATES, et al.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>4:15-cv-04133 DMR |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; ;COMPLAINT;CIVIL COVER SHEET;STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:               Mon., Sep. 21, 2015
   b. Place of Mailing:              San Bruno, CA  94066
   c. Addressed as follows:          LISA MARIE JARRELL-WEAR, AN INDIVIDUAL
                                     TIBURON MAIL SERVICE
                                     1550 G TIBURON BLVD, #333
                                     Tiburon, CA  94920

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Sep. 21, 2015 in the ordinary course of business.

5. *Person Serving:*                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TIFFANY JENSEN                      d.  *The Fee for Service was:*   $45.00
   b. S&R Services                        e.  I am: (3)  registered California process server
      903 Sneath Lane, Suite 227                  (i)    Employee
      San Bruno, CA  94066                        (ii)   *Registration No.:*
   c. (650) 794-1923, FAX (650) 989-4182          (iii)  *County:*                San Mateo

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Sep. 22, 2015



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>By Mail | (TIFFANY JENSEN) | *adagaf.109626* |
|---|---|---|---|