UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
510-637-3530

October 15, 2015

RE:15-cv-04133-DMR  Vincent Tylor v. Jarrell & Associates, Inc.

Default is entered as to Jarrell & Associates, Inc. and Lisa Marie Jarrell-Wear on October 15, 2015.

Susan Y. Soong, Clerk

_____

by:  Valerie Kyono
Case Systems Administrator
510-637-3537